IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  
    HARVEY, BENJAMIN D

CASE NO.: 09-30685

CHAPTER 7

Debtor(s).

_____/

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS PURSUANT TO 11 U.S.C. §347

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 2 | Capital One Bank<br>P. O. Box 5155<br>Norcross, GA  30091 | $119.46 |
| 5 | Eglin Federal Credit Union<br>838 Eglin Parkway NE<br>Ft. Walton Beach, FL  32547 | $ 87.96 |

The checks were mailed to the creditor at the above address on January 20, 2011. The checks were never cashed nor returned to the Trustee. A stop payment has been issued on these checks.

/s/ Karin A. Garvin  
Karin A. Garvin, Trustee  
FL Bar No. 0106933  
1801 W. Garden St.  
Pensacola, FL  32502  
850-437-5577/850-437-5250 fax

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

/s/ Karin A. Garvin